UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CONTINENTAL CASUALTY COMPANY,**

    **Plaintiff,**

v.                                              Case No. 6:10-cv-1290-Orl-35KRS

**BLACK, SIMS & BIRCH, LLP et al.,**

    **Defendants.**

_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Report and Recommendation (Dkt. 55) issued by Judge Spaulding on the cross-motions for summary judgment filed by Plaintiff (Dkt. 37) and by the Cohen Defendants.[1] (Dkt. 46) Judge Spaulding recommended that the Court deny Plaintiff's Motion for Summary Judgment and grant the Cohen Defendants' Motion for Summary Judgment. (Dkt. 55 at 15-16) Plaintiff filed an Objection (Dkt. 56), to which the Cohen Defendants filed a Response (Dkt. 57).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has

---

[1] The motion for summary judgment filed by the Cohen Defendants was joined by Defendant Black, Sims & Birch, LLP (Dkt. 48) and Defendant Random R. Burnett (Dkt. 49). The Cohen Defendants also requested oral argument (Dkt. 47), a request which is rendered moot by this Order.

-1-

been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, the Objection, and the Response thereto, in conjunction with an independent examination of the file, and being constrained by the binding precedent Cast Steel Products, Inc. v. Admiral Insurance Co., 348 F.3d 1298 (11th Cir. 2003), which cannot be reconciled with the position asserted by the Plaintiff, the Court adopts, confirms, and approves the Report and Recommendation. Accordingly, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (Dkt. 37) is **DENIED**;
2. The Cohen Defendants' Motion for Summary Judgment (Dkt. 46) is **GRANTED**;
3. The Objection to the Report and Recommendation (Dkt. 55) is **OVERRULED**;
4. The **CLERK** is directed to **ENTER JUDGMENT** in favor of the Defendants, **TERMINATE** any pending motions, and **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this 14th day of December 2011.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party