# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 11-16035-F

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 21 2012
JOHN LEY
CLERK

CONTINENTAL CASUALTY COMPANY, 10-CV-1290

Plaintiff - Counter
Defendant Appellant,

versus

BLACK, SIMS, & BIRCH, LLP,

Defendant - Counter
Claimant Appellee,

RANDOM R. BURNETT,
individually and on behalf of the
Zev Cohen and Associates, Inc.
Qualified Pension Plan,
ZEV COHEN,
Individually and on behalf of the
Zev Cohen and Associates, Inc.
Qualified Pension Plan,
KERITH COHEN,
on behalf of the Kerith Cohen
Exempt Trust,
GAIL COHEN,
Individually and on behalf of the
Gail Cohen Individual Retirement Account, et al.,

Defendants - Appellees.

---

On Appeal from the United States District Court for the
Middle District of Florida

---

BEFORE: WILSON and PRYOR, Circuit Judges.

BY THE COURT:

Appellant's "Notice of Voluntary Dismissal with Prejudice," construed as a voluntary motion to dismiss the appeal with prejudice, with the parties to bear their own costs and attorneys' fees, is GRANTED.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 21, 2012

Sheryl L. Loesch
United States District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number: 11-16035-F
Case Style: Continental Casualty Company v. Black, Sims, & Birch, LLP, et al
District Court Docket No: 6:10-cv-01290-MSS-KRS

The enclosed order has been entered. No further action will be taken in this matter.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gerald B. Frost, F
Phone #: (404) 335-6182

Enclosure(s)

DIS-4 Multi-purpose dismissal letter